DEBWAY HATS, INC. *v.* UNITED STATES

**No. 4995.**—Invoice dated Nassau, Bahamas, October 23, 1939.
Entered at Miami, Fla., October 26, 1939.
Entry No. M–210.

## Third Division, Appellate Term

(Decided September 5, 1940)

*Siegel & Mandell* for the appellant.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Samuel D. Spector*, special attorney), for the appellee.

Before CLINE, EVANS, and KEEFE, Judges

CLINE, Judge: This application for review, having been formally abandoned, is hereby dismissed. Judgment will be rendered accordingly.

DEBWAY HATS, INC. (A. C. ELGIN) *v.* UNITED STATES

**No. 4996.**—Invoices dated Nassau, Bahamas, November 8, 1939, etc.
Entered at Miami, Fla., November 13, 1939, etc.
Entry Nos. M–294, M–305, M–364, M–473.

## Third Division, Appellate Term

(Decided September 5, 1940)

*Siegel & Mandell*, for the appellant.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Samuel D. Spector*, special attorney), for the appellee.

Before CLINE, EVANS, and KEEFE, Judges

CLINE Judge: These applications for review, having been formally abandoned, are hereby dismissed. Judgment will be rendered accordingly.